**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Joshua Aaron Balkind, Appellant.

Appellate Case No. 2011-202728

‾‾‾‾‾‾‾‾‾‾

Appeal From Spartanburg County
Gordon G. Cooper, Circuit Court Judge

‾‾‾‾‾‾‾‾‾‾

Unpublished Opinion No. 2012-UP-613
Submitted October 1, 2012 – Filed November 21, 2012

‾‾‾‾‾‾‾‾‾‾

**APPEAL DISMISSED**

‾‾‾‾‾‾‾‾‾‾

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.

John Benjamin Aplin, of the South Carolina Department of Probation, Parole & Pardon Services, of Columbia, for Respondent.

‾‾‾‾‾‾‾‾‾‾

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.